UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA FRISON, | ) | No. CV 05-3405 (CW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| JO ANNE B. BARNHART, Commissioner, Social Security Adminstration, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ADJUDGED that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: May 19, 2006

/s/
CARLA M. WOEHRLE
United States Magistrate Judge