LAW OFFICES OF JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, California 90241-3840
(562) 904-6955
(562) 904-6965 [fax]
MARIA G. GALINDO (State Bar No: 217106)
E-mail: tracey@disabilitylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CYNTHIA FRISON, | ) No. CV 05-03405 CW |
| Plaintiff, | ) ORDER AWARDING EAJA FEES |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND THREE HUNDRED DOLLARS and no/cents ($3,300.00), as authorized by 28 U.S.C. § 2412(d), and subject to terms of the Stipulation.

Dated: April 12, 2010

_____
UNITED STATES MAGISTRATE JUDGE